United States District Court
Southern District of Texas
**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Alex Michael Jimenez, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action H-21-4252 |
| § | |
| Kilolo Kijakazi, § | |
| Acting Commissioner of the § | |
| Social Security Administration, § | |
| *Defendant*. § | |

## ORDER OF ADOPTION

On January 31, 2023, Magistrate Judge Peter Bray recommended that Alex Michael Jimenez's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. ECF No. 17. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed at Houston, Texas, on February **16**, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE